**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| | |
|---|---|
| **CASE NO.:** 8:19-cv-2282-T-02AAS | **DATE:** February 24, 2020 |
| **HONORABLE WILLIAM F. JUNG** | |
| **MICHAEL REITERMAN**<br><br>　　　**Plaintiff,**<br><br>v.<br><br>**FARAH ALI ABID**<br><br>　　　**Defendant** | **PLAINTIFF COUNSEL**<br>Krista L. Baughman<br>Matthew Seth Sarelson<br><br><br><br>**DEFENDANT COUNSEL**<br>Luke Charles Lirot |
| **COURT REPORTER:** Tracey Aurelio | **DEPUTY CLERK:** Sarah Pekarik |
| **TIME:** 8:59 AM – 10:45 AM; 11:05 AM – 11:08 AM<br>**TOTAL:** 1 hour and 49 minutes | **COURTROOM:** 15B |

**PROCEEDINGS:**　　EVIDENTIARY MOTION HEARING re Motion to Compel (Doc. 28).

8:59 AM: Court called to order.

9:02 AM: **Plaintiff's witness: Krista Baughman** sworn and testified on direct examination.

9:23 AM: Cross-examination of Ms. Baughman.

9:54 AM: Re-direct.

9:57 AM: Ms. Baughman excused to counsel's table.

9:58 AM: **Defendant's witness: Farah Ali Abid** sworn and testified on direct examination.

10:12 AM: Cross-examination of Ms. Abid.

10:45 AM: The Court questions Ms. Abid.

10:50 AM: Break

11:05 AM: The Court continues to question Ms. Abid.

11:06 AM: Re-direct.

　　**Any follow up writings the parties wish to submit to the Court should be submitted within 14 days [March 9, 2020]. No responses to the writings are required.**

11:08 AM: Court adjourned.