# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

Sam M. Gibbons U.S. Courthouse
Office of the Clerk
801 North Florida Avenue
Tampa, FL 33602
(813) 301-5400
www.flmd.uscourts.gov

Elizabeth M. Warren   Keshia M. Jones
Clerk of Court   Tampa Division Manager

**DATE:** June 29, 2020

**TO:**   Clerk, U.S. Court of Appeals for the Eleventh Circuit

MICHAEL REITERMAN,

    Plaintiff,

v.   Case No: 8:19-cv-2282-T-02AAS

FARAH ALI ABID,

    Defendant.

## CERTIFICATE OF READINESS OF RECORD ON APPEAL
## AND RECORD ON APPEAL

**U.S.C.A. Case No.:**   **20-11025-GG**

Pursuant to Federal Rules of Appellate Procedure 11(c), the Clerk of the United States District Court for the Middle District of Florida hereby certifies that the record is complete for purposes of this appeal. The record, including the transcript of parts thereof designated for inclusion and all necessary exhibits, consists of:

- Honorable William F. Jung, United States District Judge appealed from.

- No hearing from which a transcript could be made.

- Complete Record on Appeal:

    1   Folder of Sealed Pleadings (Docket#6)

ELIZABETH M. WARREN, CLERK

By:   s/CR, Deputy Clerk