## CORRECTED CERTIFICATE OF SERVICE

I certify that I served the Motion to Intervene and Unseal Documents, and Supporting Memorandum of Law, on counsel for the parties by e-mail with their consent on July 23, 2020, at:

Krista Lee Baughman KBaughman@dhillonlaw.com>, Counsel for Plaintiff

Luke Lirot <luke2@lirotlaw.com>, Counsel for Defendant

/s/ Eugene Volokh
Eugene Volokh