UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

Case No.: 8:19-cv-02282-WFJ-AAS

**MICHAEL REITERMAN, an individual,**

    Plaintiff,

v.

**FARAH ALI ABID, an individual,**

    Defendants.

_____/

**ORDER REQUIRING REMOVAL OF POSTS**

On September 1, 2019, Plaintiff Michael Reiterman ("Reiterman") brought a Complaint against Farah Ali Abid ("Abid") for fraudulent inducement and recission of the settlement agreement, fraudulent misrepresentation, breach of contract, defamation *per se*, defamation *per quod*, and intentional infliction of emotional distress.

On November 14, 2022, this Court entered judgment against Abid and in favor of Reiterman on all counts. The evidence considered by the Court suggests that the below-listed webpage was posted with the use of complex methods intended to mask the identity of the publisher, including running internet traffic through special networks (such as The Onion Router ("TOR")) to mask IP addresses.

The Court finds that the below-listed webpage, hosted by Automattic, Inc., on Wordpress.com, is defamatory to Reiterman

- https://michaelreitermanvictimcomplaintagainstdr.wordpress.com/

Based on the evidence presented to the Court, the judgment found, and to prevent ongoing harm to Plaintiff:

IT IS HEREBY ORDERED that Automattic, Inc. shall remove the above-listed webpage from its platform by February 17, 2023.

IT IS SO ORDERED.

Date: 2/6/23

By: _____
Hon. William F. Jung
Judge, United States District Court